# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

### DOCKET NO. 3:97-cr-31-1FDW

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v ) | |
| ) | |
| ) | ORDER |
| JERMAINE BLACK, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Defendant's *pro se* motion (Doc # 20 & 21) for "further reduction" of his sentence pursuant to 18 U.S.C. § 3582(c)(2), Amendment 599. Defendant's motion is **DENIED** for reasons stated in (Doc.# 19).

**IT IS SO ORDERED**.

Signed: October 15, 2009

Frank D. Whitney
United States District Judge