# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

### DOCKET NO. 3:97-cr-31-FDW

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v | ) | |
| | ) | |
| JERMAINE BLACK | ) | ORDER |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**THIS MATTER** is before the Court on Defendant's *pro se* motion (Doc # 23) for "further reduction" of his sentence pursuant to 18 U.S.C. § 3582(c)(2). Defendant's motion is **DENIED.** The defendant was sentenced under the new guidelines, therefore, he does not warrant a further reduction.

**IT IS SO ORDERED**.

Signed: April 13, 2010

Frank D. Whitney
United States District Judge